# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRINCE ISAAC, | No. 4:17-CV-02397 |
| Plaintiff. | (Judge Brann) |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## ORDER

**JANUARY 21, 2020**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant United States of America's motion to dismiss, ECF No. 19, is **DENIED WITHOUT PREJUDICE**;

2. Defendant United States of America is granted leave to amend the pending motion for summary judgment pursuant to the Court's directive in the accompanying Memorandum Opinion; and

3. The parties may within twenty-one (21) days from the date of this Order file supplemental briefing and/or exhibits relevant to the Defendant's motion for summary judgment.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge